McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and KIM ULRING, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>COLBY R. RODRIGUEZ,<br><br>    Respondent. | 2:08-mc-00063-JAM-DAD<br><br>**PETITIONERS' EX PARTE REQUEST TO CONTINUE SHOW-CAUSE HEARING AND ORDER**<br><br>Taxpayer: COLBY R. RODRIGUEZ<br><br>Date: Friday, September 26, 2008<br>Time: 10:00 a.m.<br>Ctrm: Hon. Dale A. Drozd<br>         (Ctrm. # 27, 8th Floor) |

   Petitioners, the UNITED STATES OF AMERICA and Revenue Officer KIM ULRING, who are the only parties who have appeared in this case, hereby request that Judge Drozd continue the Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Friday, August 15, 2008, to Friday, September 26, 2008, at 10:00 a.m.  The continuance is requested because this case is being reassigned from the United States Attorney's Office to the Department of Justice Tax Division, Civil Trial Section, Western Region, in Washington, D.C., to relieve AUSA Himel of some workload.  To conserve scarce Tax Division travel funds, the requested date will allow the Tax Division trial attorney to appear for several tax summons enforcement hearings during the same week.

/////

1 The Tax Division attorney, when one is assigned to this case, will enter an appearance. A
2 proposed Order is included should this request be granted.

4 Dated: June 26, 2008            McGREGOR W. SCOTT
                                   United States Attorney

                         By:   /s/ Y H T Himel
6                              YOSHINORI H. T. HIMEL
                               Assistant United States Attorney

8                                      ORDER

9     IT IS HEREBY ORDERED that the Show Cause hearing in this case is
10 CONTINUED from August 15, 2008, to Friday, September 26, 2008, at 10:00 a.m. in
11 Courtroom 27.
12 DATED: June 27, 2008.

                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

17 Ddad1/orders.civil/rodriguez0063.ord