McGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and KIM ULRING, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>COLBY R. RODRIGUEZ,<br><br>Respondent. | 2:08-mc-00063-JAM-DAD<br><br>**ORDER CONTINUING SHOW-CAUSE HEARING RE: I.R.S. SUMMONS ENFORCEMENT**<br><br>Taxpayer: COLBY R. RODRIGUEZ<br><br>Date:  Friday, February 6, 2009<br>Time: 10:00 a.m.<br>Ctrm: Hon. Dale A. Drozd<br>         (Ctrm. # 27, 8th Floor) |

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is hereby continued to Friday, February 6, 2009, at 10:00 a.m. in Courtroom 27.  Service of this Order shall by served upon the Respondent by the United States at his last known address.

DATED: November 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/rodriguez0063.ord.cont