IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and
KIM ULRING, Revenue Officer,
Internal Revenue Service,   No. MISC. S-08-0063 JAM DAD

    Petitioners,

  v.   ORDER

COLBY R. RODRIGUEZ,

    Respondent.

_____/

Pursuant to Petitioners' Notice of Compliance and Suggestion to Close File filed on April 22, 2009, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice; and

2. The Clerk of the Court is directed to close the case.

DATED: April 22, 2009.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/rodriguez0063.ord.dism